273 U. S.    Cases Disposed of Without Consideration by the Court.

No. 235. CALOGERO MANIGLIA, BY HIS NEXT FRIEND AND
FATHER, ANTONINO MANIGLIA v. COMMANDER OF THE S. S.
"GUISEPPE VERDI," ET AL. Appeal from the District Court
of the United States for the District of Massachusetts.
February 21, 1927. Dismissed with costs per stipulation
of counsel and mandate granted on motion of *Solicitor
General Mitchell* in that behalf. *Messrs. Clinton Robb*
and *H. S. Avery* for appellant.

---

No. 345. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY
v. STATE OF OKLAHOMA ET AL. Certiorari to the Supreme
Court of the State of Oklahoma. February 21, 1927. Dis-
missed with costs on motion of *Mr. Albert Rae Williams*
in behalf of *Messrs. E. T. Miller, C. B. Stuart, J. F. Sharpe,
M. K. Cruce, Ben Franklin,* and *T. P. Littlepage* for peti-
tioner. *Messrs. George A. Henshaw* and *A. Carey Hough*
for respondents.

---

No. 488. CHICAGO AND NORTH WESTERN RAILWAY COM-
PANY v. MICHIGAN PUBLIC UTILITIES COMMISSION. Error
to the Supreme Court of the State of Michigan. Febru-
ary 21, 1927. Judgment reversed with costs, and the cause
remanded to the said Supreme Court for further proceed-
ings, per stipulation of counsel, on motion of *Mr. Albert
Rae Williams* in behalf of *Messrs. R. N. Van Doren* and
*Nye F. Morehouse* for plaintiff in error, and *Mr. W. W.
Potter* for defendant in error.

---

No. 165. MAX WEKSLER v. MORGAN G. COLLINS, SUPER-
INTENDENT OF POLICE, ET AL. Error to the Supreme Court
of the State of Illinois. February 23, 1927. Dismissed
with costs pursuant to the nineteenth rule, on motion of
*Mr. F. R. Gibbs* in behalf of *Messrs. Francis X. Busch,
Oscar E. Carlstrom,* and *Leon Hornstein* for defendants
in error. *Mr. Charles Leviton* for plaintiff in error.